UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CHARLES WILLIAM HOOD and
LISA ANN HOOD,

Debtors.

CASE NO.: 3:25-bk-00899-JAF
Chapter 7

---

**TRUSTEE'S REPORT OF SALE**

The Chapter 7 trustee, Aaron R. Cohen, files this Report of Sale pursuant to Federal Bankruptcy Rule 6004(f)(1) and states:

1. The non-exempt tangible personal property of this estate has been sold to the Debtors for the sum of $14,000.00. The funds were allocated: $3,500.00 to the 2020 CanAm Defender (VIN 5MYDD2224LB068823), $1,500.00 to the household goods and furnishings, $1,000.00 to the electronics, $8,000.00 to the jewelry.

2. Notice of this sale [Doc. No. 38] and opportunity for a hearing was given to all creditors and parties in interest on October 3, 2025.

DATED: June 16, 2026.

/s/ Aaron R. Cohen

Aaron R. Cohen
PO Box 4218
Jacksonville, FL 32201
aaron@arcohenlaw.com
(904) 389-7277
Florida Bar No. 558230
Chapter 7 Trustee

cc: Office of US Trustee