# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES



**Case No.:** 25-00899
**Case Name:** HOOD, CHARLES WILLIAM AND HOOD, LISA ANN
**For the Period Ending:** 06/29/2026

**Trustee Name:** Aaron R. Cohen
**Date Filed (f) or Converted (c):** 03/24/2025 (f)
**§341(a) Meeting Date:** 04/24/2025
**Claims Bar Date:** 08/25/2025

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6075 WAR ADMIRAL RD JACKSONVILLE FL 32234-0000 | | $821,500.00 | $0.00 | OA | $0.00 | FA |
| 2 | Make: Ford Model: Mustang Year: 2019 Mileage: 12000 Other Information: VIN: 1FATP8FF4K5178797 | | $31,113.00 | $0.00 | OA | $0.00 | FA |
| 3 | Make: Ford Model: F250 Year: 2019 Mileage: 160000 Other Information: VIN: 1FT7W2BTXKED80180 | | $34,593.00 | $0.00 | OA | $0.00 | FA |
| 4 | Make: Lincoln Model: Aviator Year: 2022 Mileage: 55000 Other Information: VIN: 5LMYJ8XY6NNL01918 | | $39,093.00 | $0.00 | OA | $0.00 | FA |
| 5 | 2020 CanAm Defender Other Information: VIN: 5MYDD2224LB068823 | | $8,000.00 | $3,500.00 | | $3,500.00 | FA |
| 6 | 2018 Tym Tractor | | $1,800.00 | $0.00 | OA | $0.00 | FA |
| 7 | Furnishings, kitchenware, appliances | | $5,000.00 | $1,500.00 | | $1,500.00 | FA |
| 8 | Electronics | | $2,000.00 | $1,000.00 | | $1,000.00 | FA |
| 9 | Everyday wear/ Clothing | | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Jewelry | | $10,000.00 | $8,000.00 | | $8,000.00 | FA |
| 11 | Dog | | $0.00 | $0.00 | | $0.00 | FA |
| 12 | First Citizens 1512 | | $235.04 | $0.00 | | $0.00 | FA |
| 13 | First Federal 8042 | | $59.10 | $0.00 | | $0.00 | FA |
| 14 | First Federal Savings 8589 | | $75.96 | $0.00 | | $0.00 | FA |
| 15 | CashApp | | $0.00 | $0.00 | | $0.00 | FA |
| 16 | C$L Automotive and Towing Inc Business is currently in a Chapter 11 bankruptcy 100 % | | Unknown | $0.00 | | $0.00 | FA |
| 17 | Claim against Tractor Supply for slip and fall | (u) | Unknown | $0.00 | OA | $0.00 | FA |
| **Asset Notes:** | Listed on Amended Schedule A/B, D.E. 10 | | | | | | |
| 18 | Refund related to Synchrony account | (u) | Unknown | $15.38 | | $15.38 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | **$953,969.10** | **$14,015.38** | | **$14,015.38** | **$0.00** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 25-00899 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | HOOD, CHARLES WILLIAM AND HOOD, LISA ANN | **Date Filed (f) or Converted (c):** | 03/24/2025 (f) |
| **For the Period Ending:** | 06/29/2026 | **§341(a) Meeting Date:** | 04/24/2025 |
| | | **Claims Bar Date:** | 08/25/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/16/2026 REPORT OF SALE D.E. 42
02/15/2026 PAYING AS AGREED
10/03/2025 NOTICE OF ABANDONMENT, D.E. 37

NOTICE OF INTENT TO SELL, D.E. 38 - DEBTORS WILL PURCHASE NON-EXEMPT PROPERTY FOR $14,000.00 PAYABLE OVER 12 MONTHS FROM 7/1/25
10/03/2025 AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 - DEBTORS WILL PAY $14,000.00 AT $1,166.66 PER MONTH FROM 7/1/25 FOR NON-EXEMPT PROPERTY
06/25/2025 ATTY KALIL DECLINED TO REPRESENT ESTATE TOO
06/10/2025 FARAH & FARAH DECLINED TO REPRESENT THE ESTATE, REQUESTED COPY OF FILE LESS WORK PRODUCT;

FILE TO JOHN KALIL REQUESTING HE EVALUATE & CONSIDER REPRESENTING THE ESTATE
05/21/2025 OBJECTION TO EXEMPTIONS, D.E. 20; MOTION FOR TURNOVER, D.E. 21

LETTER WITH DECLARATION TO JOHN MARCUS AT FARAH & FARAH RE REPRESENTING ESTATE
04/24/2025 AMENDED SCHEDULE A/B, D.E. 10

**Initial Projected Date Of Final Report (TFR):** 07/01/2026 **Current Projected Date Of Final Report (TFR):** 07/01/2026

/s/ AARON R. COHEN

AARON R. COHEN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



**Case No.** 25-00899
**Case Name:** HOOD, CHARLES WILLIAM AND HOOD, LISA ANN
**Primary Taxpayer ID #:** **-***9616
**Co-Debtor Taxpayer ID #:** **-***9617
**For Period Beginning:** 03/24/2025
**For Period Ending:** 06/29/2026

**Trustee Name:** Aaron R. Cohen
**Bank Name:** Veritex Community Bank
**Checking Acct #:** ******9901
**Account Title:** DDA
**Blanket bond (per case limit):** $47,373,257.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/07/2025 | (5) | CHARLES HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. | 1129-000 | $1,166.66 | | $1,166.66 |
| 08/07/2025 | (5) | LISA A HOOD AND CHARLES W HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. | 1129-000 | $1,166.66 | | $2,333.32 |
| 09/08/2025 | (5) | LISA A. HOOD AND CHARLES W. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. | 1129-000 | $1,166.66 | | $3,499.98 |
| 10/06/2025 | | LISA A. HOOD AND CHARLES W. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | * | $1,166.66 | | $4,666.64 |
| | {5} | | $0.02 | 1129-000 | | | $4,666.64 |
| | {7} | | $400.00 | 1129-000 | | | $4,666.64 |
| | {8} | | $400.00 | 1129-000 | | | $4,666.64 |
| | {10} | | $366.64 | 1129-000 | | | $4,666.64 |
| 10/17/2025 | (18) | SYCHRONY BANK | REFUND RELATED TO A SYNCHRONY ACCOUNT, (REMITTANCE ADVICE CONTAINED NO DETAILS OR REASON FOR REFUND) | 1229-000 | $15.38 | | $4,682.02 |
| 11/04/2025 | | CHARLES W. HOOD AND LISA A. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | * | $1,166.66 | | $5,848.68 |
| | {7} | | $500.00 | 1129-000 | | | $5,848.68 |
| | {8} | | $500.00 | 1129-000 | | | $5,848.68 |
| | {10} | | $166.66 | 1129-000 | | | $5,848.68 |
| 11/14/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $5,848.68 | $0.00 |
| | | | | **SUBTOTALS** | $5,848.68 | $5,848.68 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-00899 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | HOOD, CHARLES WILLIAM AND HOOD, LISA ANN | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***9616 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***9617 | **Account Title:** | DDA |
| **For Period Beginning:** | 03/24/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 06/29/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $5,848.68 | $5,848.68 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $5,848.68 | |
| **Subtotal** | $5,848.68 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $5,848.68 | $0.00 | |

**For the period of 03/24/2025 to 06/29/2026**

| | |
|---|---|
| Total Compensable Receipts: | $5,848.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,848.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,848.68 |

**For the entire history of the account between 07/07/2025 to 6/29/2026**

| | |
|---|---|
| Total Compensable Receipts: | $5,848.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,848.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $5,848.68 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-00899 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | HOOD, CHARLES WILLIAM AND HOOD, LISA ANN | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***9616 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***9617 | **Account Title:** | DDA |
| **For Period Beginning:** | 03/24/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 06/29/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/14/2025 | | Integrity Bank | Transfer Funds | 9999-000 | $5,848.68 | | $5,848.68 |
| 12/09/2025 | | LISA A HOOD AND CHARLES W HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | * | $1,166.66 | | $7,015.34 |
| | {7} | | $600.00 | 1129-000 | | | $7,015.34 |
| | {8} | | $100.00 | 1129-000 | | | $7,015.34 |
| | {10} | | $466.66 | 1129-000 | | | $7,015.34 |
| 01/07/2026 | (10) | LISA A HOOD AND CHARLES W HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.66 | | $8,182.00 |
| 02/05/2026 | (10) | LISA A. HOOD AND CHARLES W. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.66 | | $9,348.66 |
| 02/11/2026 | 4001 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $9.94 | $9,338.72 |
| 03/11/2026 | (10) | LISA A. HOOD AND CHARLES W. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.66 | | $10,505.38 |
| 04/07/2026 | (10) | CHARLES AND LISA HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.66 | | $11,672.04 |
| 05/12/2026 | (10) | LISA A HOOD AND CHARLES W HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.66 | | $12,838.70 |
| 06/09/2026 | (10) | LISA A. HOOD AND CHARLES W. HOOD | SALE TO DEBTORS, PAYMENT PER AGREED ORDER GRANTING MOTION FOR TURNOVER, D.E. 39 | 1129-000 | $1,166.74 | | $14,005.44 |

| | | |
|---|---|---|
| **SUBTOTALS** | $14,015.38 | $9.94 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-00899 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | HOOD, CHARLES WILLIAM AND HOOD, LISA ANN | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***9616 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***9617 | **Account Title:** | DDA |
| **For Period Beginning:** | 03/24/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 06/29/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $14,015.38 | $9.94 | $14,005.44 |
| **Less: Bank transfers/CDs** | $5,848.68 | $0.00 | |
| **Subtotal** | $8,166.70 | $9.94 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $8,166.70 | $9.94 | |

**For the period of 03/24/2025 to 06/29/2026**

| | |
|---|---|
| Total Compensable Receipts: | $8,166.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,166.70 |
| Total Internal/Transfer Receipts: | $5,848.68 |
| | |
| Total Compensable Disbursements: | $9.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/14/2025 to 6/29/2026**

| | |
|---|---|
| Total Compensable Receipts: | $8,166.70 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,166.70 |
| Total Internal/Transfer Receipts: | $5,848.68 |
| | |
| Total Compensable Disbursements: | $9.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.94 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD



| | | | |
|---|---|---|---|
| **Case No.** | 25-00899 | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | HOOD, CHARLES WILLIAM AND HOOD, LISA ANN | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***9616 | **Checking Acct #:** | ******9901 |
| **Co-Debtor Taxpayer ID #:** | **-***9617 | **Account Title:** | DDA |
| **For Period Beginning:** | 03/24/2025 | **Blanket bond (per case limit):** | $47,373,257.00 |
| **For Period Ending:** | 06/29/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $14,015.38 | $9.94 | $14,005.44 |

| **For the period of 03/24/2025 to 06/29/2026** | |
|---|---|
| Total Compensable Receipts: | $14,015.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,015.38 |
| Total Internal/Transfer Receipts: | $5,848.68 |
| | |
| Total Compensable Disbursements: | $9.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.94 |
| Total Internal/Transfer Disbursements: | $5,848.68 |

| **For the entire history of the account between 11/14/2025 to 6/29/2026** | |
|---|---|
| Total Compensable Receipts: | $14,015.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,015.38 |
| Total Internal/Transfer Receipts: | $5,848.68 |
| | |
| Total Compensable Disbursements: | $9.94 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9.94 |
| Total Internal/Transfer Disbursements: | $5,848.68 |

/s/ AARON R. COHEN

AARON R. COHEN